In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00173-CV
_____

**JULIE L. GRAVES AND LOIS ST. PÉ, INDIVIDUALLY AND AS CO-TRUSTEES OF THE LOIS ST. PÉ REVOCABLE 2012 TRUST (UNDER TRUST DATED SEPTEMBER 24, 2012), Appellants**

**V.**

**LONE STAR NGL PIPELINE LP, Appellee**

**On Appeal from the County Court at Law
Liberty County, Texas
Trial Cause No. CON-149**

**ORDER**

On April 23, 2018, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2017); *see also* Tex. R. Civ. P. 168. On May 2, 2018, appellants, Julie L. Graves and Lois St. Pé, Individually and as Co-Trustees of the Lois St. Pé Revocable 2012 Trust (Under Trust Dated September 24,

1

2012), filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). Appellee, Lone Star NGL Pipeline LP, filed a response. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of April 23, 2018. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *Id.* The record is due May 25, 2018. *See* Tex. R. App. P. 35.1(b). The brief of the appellants is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellants. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED May 15, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2